Patricia A. Ricci
Plaintiff *in Propria Persona*
15 Brookdale Drive
Youngsville, NC 27596
(919) 757-3936
paricci111@gmail.com



# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

PATRICIA A. RICCI
    PLAINTIFF,

v.                              CASE NO. 1:22-cv-00889

DUKE UNIVERSITY
    DEFENDANT.
_____/

## NOTICE OF APPEAL

    Plaintiff, Patricia A. Ricci, hereby gives notice of his appeal to the United States District Court from the order entered on January 3, 2023 executed by United States District Judge, who did not include his or her name on the order.

    Please provide a conformed copy of the order and include it with the notice of appeal, the complete transcripts of the case record; all motions filed, objections made; all documentary evidence from the case. Please transmit the record to the appeals court.

DATED this 23rd day of January 2023.

                                                    Patricia A. Ricci, Plaintiff

Patricia A. Ricci
Plaintiff *in Propria Persona*
15 Brookdale Drive
Youngsville, NC 27596
(919) 757-3936
paricci111@gmail.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

PATRICIA A. RICCI
    PLAINTIFF,

v.                                    CASE NO. 1:22-cv-00889

DUKE UNIVERSITY
    DEFENDANT.
_____/

### CERTIFICATE OF SERVICE

I, Patricia A. Ricci, hereby certify that a true and correct copy of the foregoing was duly served upon the Defendant's attorney Lauren G. Goetzl at the address of 227 West Trade Street, Suite 2020 Charlotte, North Carolina 28202 via first class mail on this 23rd day of January, 2023.

                                                      Patricia A. Ricci, Plaintiff